# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 737 | **DATE** | 4/4/2011 |
| **CASE TITLE** | Johnny English (K-55015) vs. Gerardo Acevedo | | |

**DOCKET ENTRY TEXT**

As stated below, Petitioner has failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form for proceeding in the Northern District of Illinois, and since English has provided inaccurate information in his submission, this case is dismissed. All pending motions [9] are denied as moot. Civil case terminated.

■[ For further details see text below.]  Docketing to mail notices.

### STATEMENT

This matter is before the court on Petitioner Johnny English's (English) motion for leave to proceed *in forma pauperis*. On March 3, 2011, the court denied English's first motion for leave to proceed *in forma pauperis*. The court gave English until March 28, 2011 to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form for proceeding in the Northern District of Illinois. The court also warned English that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form for proceeding in the Northern District of Illinois by March 28, 2011, this case would be dismissed.

English has filed a *pro se* document entitled "Petition and Affidavit for Leave to Proceed Without Prepayment of Fees and Costs," which the court will liberally construe as a motion for leave to proceed *in forma pauperis.* (Mot. 1). English has still not filed an *in forma pauperis* application form for proceeding in the Northern District of Illinois, nor has English paid the filing fee. The court also notes that in the document submitted, English indicates that his only income is $100 per month that he receives from his family. However, a review of his prison trust account statement indicates that in the last six months, English has received over $700 in deposits. Since English has failed to pay the filing fee or file an accurately and

| STATEMENT |
|---|
| properly completed *in forma pauperis* application form for proceeding in the Northern District of Illinois, and since English has provided inaccurate information in his submission, this case is dismissed. All pending motions are denied as moot. |